# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Hardesty Trucking, LLC, a Wyoming limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Mann Enterprises, LLC, a North Dakota limited liability company, | ) ) ) | Case No. 4:12-cv-138 |
| Defendant. | ) ) | |

Before the court is a Stipulation of Dismissal filed the parties on November 27, 2013. The court **ADOPTS** the parties stipulation (Docket No. 24) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without attorney's fees or costs to either party.

Dated this 2nd day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court