**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Hardesty Trucking, LLC, a Wyoming<br>limited liability company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mann Enterprises, LLC, a North Dakota<br>limited liability company, | ) | Case No. 4:12-cv-138 |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation of Dismissal filed the parties on November 27, 2013. The court **ADOPTS** the parties stipulation (Docket No. 24) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without attorney's fees or costs to either party.

Dated this 2nd day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court